# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| Robert D. Clements, Robert D. Zimmerman, as Trustee for the Robert D. Zimmerman Trust, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Union Pacific Railroad Company, SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc.), Kinder Morgan Operating L.P. "D", and Kinder Morgan G.P., Inc.,<br><br>Defendants. | No. 4:15-cv-00191-JAS<br><br>**ORDER** |

Pursuant to Unopposed Motion for Stay or, Alternatively, for an Enlargement of Time in which to Respond to Plaintiffs' Motions to Dismiss, and good cause appearing,

IT IS ORDERED staying any further briefing or proceedings on the pending motions to dismiss (Docs. 39 and 41) including responses thereto (presently due on August 6, 2015).

Dated this 6th day of August, 2015.

Honorable James A. Soto
United States District Judge